UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Albert R. Kuperman

       v.                     Case No. 08-cv-513-SM

Commissioner, NH Department
of Corrections, et al.

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 7, 2009, for the reasons set forth therein.   The case will proceed on the  following claims:

1. First Amendment claims alleging denial of free exercise of religion against defendants Wrenn and Gerry;

2. First Amendment retaliation claims against defendants Britton and Samson;

3. Fourteenth Amendment equal protection claims against defendant Gerry, and

4. RLUIPA claims against defendants Wrenn and Gerry.

All other remaining claims are hereby dismissed.  Plaintiff's motion for subpoena (document no. 5) is denied without prejudice to refiling at a later date should circumstances warrant renewal.

    SO ORDERED.

April  20,  2009

_____
Steven J. McAuliffe
Chief Judge

cc:    Albert R. Kuperman, pro se